1  Thomas F. Bertrand, State Bar No. 056560
   Richard W. Osman, State Bar No. 167993
2  Michael C. Wenzel, State Bar No. 215388
   BERTRAND, FOX & ELLIOT
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone:  (415) 353-0999
5  Facsimile:  (415) 353-0990

6  Attorneys for Defendants COUNTY OF ALAMEDA,
   ALAMEDA COUNTY SHERIFF'S OFFICE and ALAMEDA COUNTY
7  SHERIFF'S OFFICE DENTENTION AND CORRECTION DIVISION

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11 | CYNTHIA JOHNSON AND JAMONT        ) Case No.: CV 101437 EMC
12 | JOHNSON, as individuals            )
                                        ) STIPULATION FOR EXTENSION OF TIME
13 |         Plaintiffs,                ) TO FILE RESPONSIVE PLEADING  ; ORDER
14 |    vs.                             )
                                        )
15 | COUNTY OF ALAMEDA, a public entity,)
   | ALAMEDA COUNTY SHERIFF'S OFFICE, a )
16 | department of the County of Alameda,)
   | ALAMEDA COUNTY SHERIFF'S OFFICE    )
17 | DENTENTION AND CORRECTION          )
   | DIVISION, a department of the County of)
18 | Alameda, DEPUTY SHERIFF KEITH W.   )
   | GILKERSON, an individual, and DOES 1-50,)
19 | inclusive,                         )
                                        )
20 |         Defendants.                )
21                                      )

22

23      IT IS HEREBY STIPULATED by and between Plaintiffs CYNTHIA JOHNSON AND

24 JAMONT JOHNSON and Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY

25 SHERIFF'S OFFICE and ALAMEDA COUNTY SHERIFF'S OFFICE DENTENTION AND

26 CORRECTION DIVISION, through their respective undersigned counsel, that Defendants COUNTY

27 OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE and ALAMEDA COUNTY

28

                                        1

1 | SHERIFF'S OFFICE DENTENTION AND CORRECTION DIVISION shall have an extension of
2 | time through and including May 10, 2010, within which to file a responsive pleading to Plaintiff's
3 | Complaint.

5 | Dated: April 22, 2010

McMANIS FAULKNER, A Professional Corporation

By: /s/ James McManis

James McManis
Joshua Voorhees
Attorneys for Plaintiffs
CYNTHIA JOHNSON AND JAMONT JOHNSON

12 | Dated: April 21, 2010

BERTRAND, FOX & ELLIOT

By: /s/ Michael C. Wenzel

Michael C. Wenzel
Attorneys for Defendants
COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, and ALAMEDA COUNTY SHERIFF'S OFFICE DENTENTION AND CORRECTION DIVISION

IT IS SO ORDERED:

_____
Edward M. [Chen]
U.S. Magistrate [Judge]

**IT IS SO ORDERED**
[signature]
Judge Edward M. Chen

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*

2

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING