Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants COUNTY OF ALAMEDA,
ALAMEDA COUNTY SHERIFF'S OFFICE and ALAMEDA COUNTY
SHERIFF'S OFFICE DENTENTION AND CORRECTION DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA JOHNSON AND JAMONT JOHNSON, as individuals<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF ALAMEDA, a public entity, ALAMEDA COUNTY SHERIFF'S OFFICE, a department of the County of Alameda, ALAMEDA COUNTY SHERIFF'S OFFICE DENTENTION AND CORRECTION DIVISION, a department of the County of Alameda, DEPUTY SHERIFF KEITH W. GILKERSON, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: CV 101437 EMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>ORDER |

**IT IS HEREBY STIPULATED** by and between Plaintiffs CYNTHIA JOHNSON AND JAMONT JOHNSON and Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE and ALAMEDA COUNTY SHERIFF'S OFFICE DENTENTION AND CORRECTION DIVISION, through their respective undersigned counsel, that Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE and ALAMEDA COUNTY

1

| | |
|---|---|
| 1 | SHERIFF'S OFFICE DENTENTION AND CORRECTION DIVISION shall have an extension of |
| 2 | time through and including May 17, 2010, within which to file a responsive pleading to Plaintiff's |
| 3 | Complaint. |

Dated: May 7, 2010

McMANIS FAULKNER, A Professional Corporation

By: _____
James McManis
Joshua Voorhees
Attorneys for Plaintiffs
CYNTHIA JOHNSON AND JAMONT JOHNSON

Dated: May 7, 2010

BERTRAND, FOX & ELLIOT

/s/

By: _____
Michael C. Wenzel
Attorneys for Defendants
COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, and ALAMEDA COUNTY SHERIFF'S OFFICE DENTENTION AND CORRECTION DIVISION

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[STAMP: IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California]

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING