*E-Filed 11/22/10*

JAMES MCMANIS (40958)
MARWA ELZANKALY (206658)
RUBY H. KAZI (243872)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   408-279-8700
Facsimile:   408-279-3244
Emails:       jmcmanis@mcmanislaw.com
              rkazi@mcmanislaw.com

Attorneys for Plaintiffs,
CYNTHIA JOHNSON AND
JAMONT JOHNSON

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA JOHNSON AND JAMONT JOHNSON, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity, ALAMEDA COUNTY SHERIFF'S OFFICE, a department of the County of Alameda, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, a department of the County of Alameda, DEPUTY SHERIFF KEITH W. GILKERSON, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 10-01437 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION** |

IT IS HEREBY STIPULATED by and between plaintiffs, Cynthia Johnson and Jamont Johnson ("Plaintiffs"), and defendants, County of Alameda, Alameda County Sheriff's Office, Alameda County Sheriff's Office Detention and Correction Division, and Deputy Sheriff Keith W. Gilkerson ("Defendants"), through their respective counsel, as follows:

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION; Case No.: C 10-01437-RS

1. On July 1, 2010, the parties stipulated to complete mediation with the Honorable LaDoris Hazzard Cordell within one hundred twenty (120) days of the Court's order regarding mediation.

2. On July 22, 2010, the Court issued a Case Management Scheduling Order that referred the parties to private mediation to be completed within one hundred twenty (120) days, if possible. That meant the parties were required to complete mediation by November 19, 2010.

3. Judge Cordell is unable to conduct the mediation due to a potential conflict of interest and therefore a new mediator must be selected. The parties are in the process of selecting a new mediator.

4. Discovery is ongoing and party depositions have yet to be completed.

5. Therefore, the parties' deadline to complete mediation shall be extended for an additional 90 days from the date of this stipulation.

DATED: November 18, 2010

McMANIS FAULKNER

JAMES McMANIS
RUBY H. KAZI

Attorneys for Plaintiffs,
CYNTHIA JOHNSON AND JAMONT JOHNSON

DATED: November 18, 2010

BERTRAND, FOX & ELLIOT

MICHAEL C. WENZEL
JOSHUA CLENDENIN

Attorneys for Defendants,

|  |  |
|---|---|
| 1 | |
| 2 | COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, and DEPUTY SHERIFF KEITH W. GILKERSON |

COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, and DEPUTY SHERIFF KEITH W. GILKERSON

**Order**

**IT IS SO ORDERED.**

DATED: 11/22/10

*/s/ Richard Seeborg*
UNITED STATES DISTRICT JUDGE

3