JAMES MCMANIS (40958)
MARWA ELZANKALY (206658)
RUBY H. KAZI (243872)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email:        rkazi@mcmanislaw.com

Attorneys for Plaintiffs,
CYNTHIA JOHNSON and JAMONT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA JOHNSON and JAMONT JOHNSON, as individuals,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity, ALAMEDA COUNTY SHERIFF'S OFFICE, a department of the County of Alameda, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, a department of the County of Alameda, DEPUTY SHERIFF KEITH W. GILKERSON, an individual, and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. CV-101437 RS<br><br>**STIPULATION CONTINUING DEADLINE TO COMPLETE NON-EXPERT DISCOVERY AND TO HEAR MOTIONS TO COMPEL** |

Plaintiffs, CYNTHIA JOHNSON and JAMONT JOHNSON ("Plaintiffs") and Defendants, COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, and DEPUTY SHERIFF KEITH W. GILKERSON ("Defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

1.     On July 22, 2010, the Court entered a Case Management Scheduling Order, requiring the parties to complete all non-expert discovery on or before February 25, 2011 and that all pre-trial motions be heard no later than April 14, 2011.

2.     The parties are in the process of conducting discovery and have stipulated to a settlement conference in an effort to resolve this case.

3.     The parties have further agreed to continue the deadline to complete all non-expert discovery from February 25, 2011 to April 29, 2011.

4.     Because the new deadline to complete non-expert discovery extends past the previously ordered deadline to hear all pre-trial motions, the parties have further agreed to continue the deadline to hear all potentially dispositive pre-trial motions from April 14, 2011 to June 29, 2011.

IT IS SO STIPULATED.

DATED:  December 29, 2010                          McMANIS FAULKNER

/s/ Ruby H. Kazi
JAMES McMANIS
RUBY H. KAZI

Attorneys for Plaintiffs,
CYNTHIA JOHNSON and JAMONT JOHNSON

///
///
///
///
///

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE NON-EXPERT DISCOVERY AND TO HEAR MOTIONS TO COMPEL
*Johnson v. County of Alameda, et al., Case No.: CV-101437-RS*

1  DATED: December 29, 2010                    BERTRAND, FOX & ELLIOT

                                               /s/ Michael C. Wenzel
                                               MICHAEL C. WENZEL


                                               Attorneys for Defendants,
                                               COUNTY OF ALAMEDA, ALAMEDA
                                               COUNTY SHERIFF'S OFFICE,
                                               ALAMEDA COUNTY SHERIFF'S
                                               OFFICE DETENTION AND
                                               CORRECTION DIVISION, and DEPUTY
                                               SHERIFF KEITH W. GILKERSON


## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties having stipulated to same, the parties' stipulation is hereby APPROVED.  The deadline to complete all non-expert discovery is continued from February 25, 2011 to April 29, 2011.  The deadline to hear all potentially dispositive pre-trial motions is continued from April 14, 2011 to June 29, 2011.

**IT IS SO ORDERED.**


DATED:  1/10/11                                _____

                                               UNITED STATES DISTRICT JUDGE