JAMES MCMANIS (40958)
MARWA ELZANKALY (206658)
RUBY H. KAZI (243872)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email:        rkazi@mcmanislaw.com

Attorneys for Plaintiffs,
CYNTHIA JOHNSON and JAMONT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA JOHNSON and JAMONT JOHNSON, as individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity, ALAMEDA COUNTY SHERIFF'S OFFICE, a department of the County of Alameda, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, a department of the County of Alameda, DEPUTY SHERIFF KEITH W. GILKERSON, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV-101437 RS<br><br>**STIPULATION CONTINUING DEADLINE TO COMPLETE DISCOVERY AND TO HEAR PRE-TRIAL MOTIONS** AS MODIFIED BY THE COURT |

Plaintiffs, CYNTHIA JOHNSON and JAMONT JOHNSON ("Plaintiffs") and Defendants, COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, and DEPUTY SHERIFF KEITH W. GILKERSON ("Defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

1

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE DISCOVERY AND TO HEAR PRE-TRIAL MOTIONS
*Johnson v. County of Alameda, et al., Case No.: CV-101437-RS*

1        1.     On January 10, 2011, the Court approved the parties' stipulation to complete all
2   non-expert discovery on or before April 29, 2011 and that all pre-trial motions be heard no later
3   than June 29, 2011.
4        2.     The parties are in the process of conducting discovery and have stipulated to a
5   settlement conference in an effort to resolve this case. Subsequent to the parties' stipulation
6   continuing the deadlines to complete non-expert discovery, the Court granted the parties' request
7   to be referred to Magistrate Judge Joseph Spero for a settlement conference.  In light of the date
8   ordered for the settlement conference (April 7, 2011), the parties took key depositions of Plaintiff
9   Cynthia Johnson and Defendant Deputy Keith Gilkerson, but in the interest of enhancing
10  settlement prospects, agreed to defer other non-essential discovery until after the settlement
11  conference.  This will prevent the parties from incurring substantial fees and costs prior to
12  settlement.
13       3.     The parties have agreed to continue the deadline to complete all non-expert
14  discovery from April 29, 2011 to June 15, 2011.
15       4.     The parties have further agreed that May 13, 2011 shall be the last day to disclose
16  experts.
17       5.     The parties have also agreed that expert discovery shall close on June 30, 2011.
18       6.     In light of these continued dates, the parties have further agreed to continue the
19  deadline to hear all potentially dispositive pre-trial motions from June 29, 2011 to ~~July 8,~~ July 7, 2011.
20
21  IT IS SO STIPULATED.
22  DATED:  February 25, 2011                            McMANIS FAULKNER
23
24                                                       /s/ Ruby H. Kazi
                                                        JAMES McMANIS
25                                                      RUBY H. KAZI
26                                                      Attorneys for Plaintiffs,
                                                        CYNTHIA JOHNSON and JAMONT
27                                                      JOHNSON
28
                                                   2
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO COMPLETE DISCOVERY AND
TO HEAR PRE-TRIAL MOTIONS
*Johnson v. County of Alameda, et al., Case No.: CV-101437-RS*

| | |
|---|---|
| DATED: February 25, 2011 | BERTRAND, FOX & ELLIOT |
| | /s/ Michael C. Wenzel<br>MICHAEL C. WENZEL |
| | Attorneys for Defendants,<br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, and DEPUTY SHERIFF KEITH W. GILKERSON |

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties having stipulated to same, the parties' stipulation is hereby APPROVED. The deadline to complete all non-expert discovery is continued from April 29, 2011 to June 15, 2011. The deadline to disclose experts is May 13, 2011 and expert discovery shall close on June 30, 2011. The deadline to hear all potentially dispositive pre-trial motions is continued from June 29, 2011 to ~~July 8~~ July 7, 2011.

**IT IS SO ORDERED.**

DATED:  2/28/11

_____
UNITED STATES DISTRICT JUDGE

---

3

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO COMPLETE DISCOVERY AND TO HEAR PRE-TRIAL MOTIONS
*Johnson v. County of Alameda, et al., Case No.: CV-101437-RS*