Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
COUNTY OF ALAMEDA
and DEPUTY SHERIFF KEITH W. GILKERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA JOHNSON AND JAMONT JOHNSON, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity, ALAMEDA COUNTY SHERIFF'S OFFICE, a department of the County of Alameda, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, a department of the County of Alameda, DEPUTY SHERIFF KEITH W. GILKERSON, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: CV 101437 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES**<br><br><br><br><br><br><br><br>Complaint filed: April 5, 2010<br>Trial date: August 15, 2011 |

Plaintiffs, CYNTHIA JOHNSON and JAMONT JOHNSON ("Plaintiffs"), and Defendants, COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION and DEPUTY SHERIFF KEITH W. GILKERSON ("Defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

1

On February 28, 2011, the Court approved the parties' stipulation to complete all non-expert discovery on or before June 15, 2011, to disclose experts by May 13, 2011, to close expert discovery on June 30, 2011, and to have all pre-trial motions be heard no later than July 7, 2011.

The parties attended a settlement conference before Judge Joseph Spero on April 7, 2011. The case did not resolve. At the conclusion of the settlement conference, defendants said they would be filing a motion for summary judgment and the parties agreed, at the suggestion of Judge Spero, to return for a further settlement conference with Judge Spero after the motion for summary judgment was heard.

Defendants' motion for summary judgment is set for hearing on June 2, 2011.

It does not appear Judge Spero's schedule will permit a settlement conference to be scheduled before August 8, 2011, and therefore the parties are contemplating private mediation for a date in early to mid-June, after the hearing on defendants' motion for summary judgment.

The parties have further agreed to continue the deadline to disclose experts from May 13, 2011 until June 17, 2011. The parties have also agreed that expert discovery shall close on July 8, 2011.

Good cause exists to continue the deadlines as set forth above given defendants' pending motion and given the parties' intent to participate in further ADR prior to incurring expert fees and costs.

**IT IS SO STIPULATED.**

Dated: May 5, 2011                                    McMANIS FAULKNER

By:   /s/ Ruby H. Kazi
JAMES McMANIS
RUBY H. KAZI
Attorneys for Plaintiffs
CYNTHIA JOHNSON and
JAMONT JOHNSON

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES
*Johnson v. County of Alameda*
U.S.D.C. Northern District of CA Case No. CV-10-1437 RS

Dated:  May 5, 2011                                    BERTRAND, FOX & ELLIOT


                                              By:       */s/ Michael C. Wenzel*
                                                   Thomas F. Bertrand
                                                   Richard W. Osman
                                                   Michael C. Wenzel
                                                   Attorney for Defendants
                                                   COUNTY OF ALAMEDA, ALAMEDA COUNTY
                                                   SHERIFF'S OFFICE, ALAMEDA COUNTY
                                                   SHERIFF'S OFFICE DETENTION and
                                                   CORRECTION DIVISION, DEPUTY SHERIFF
                                                   KEITH W. GILKERSON


## **ORDER**

GOOD CAUSE APPEARING THEREFOR, and the parties having stipulated to same, the parties' stipulation is hereby APPROVED. The deadline to disclose experts is June 17, 2011 and expert discovery shall close on July 8, 2011.

**IT IS SO ORDERED.**

Dated: __5/6_____, 2011              _____
                                              UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES
*Johnson v. County of Alameda*
U.S.D.C. Northern District of CA Case No. CV-10-1437 RS

3