*E-Filed 6/14/11*

JAMES MCMANIS (40958)
CHRISTINE PEEK (234573)
RUBY H. KAZI (243872)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   408-279-8700
Facsimile:   408-279-3244
Email:         rkazi@mcmanislaw.com

Attorneys for Plaintiffs,
CYNTHIA JOHNSON and JAMONT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA JOHNSON and JAMONT JOHNSON, as individuals,<br><br>     Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity, ALAMEDA COUNTY SHERIFF'S OFFICE, a department of the County of Alameda, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, a department of the County of Alameda, DEPUTY SHERIFF KEITH W. GILKERSON, an individual, and DOES 1-50, inclusive,<br><br>     Defendants. | Case No. CV-101437 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES TO COMPLETE DISCOVERY** |

Plaintiffs, CYNTHIA JOHNSON and JAMONT JOHNSON ("plaintiffs") and Defendants, COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, and DEPUTY SHERIFF KEITH W. GILKERSON ("defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

1

1. On February 28, 2011, the Court approved the parties' stipulation to complete all non-expert discovery on or before June 15, 2011.

2. On May 6, 2011, the Court approved the parties' stipulation that June 17, 2011, would be the last day to disclose experts and July 8, 2011, would be the date for the close of expert discovery.

3. The parties appeared before the Court on June 2, 2011 for oral argument on defendants' motion for summary judgment and plaintiffs' motion seeking leave to amend the complaint.

4. The parties are awaiting the Court's rulings on both motions. In light of this, and in contemplation of reaching an agreement to engage in further settlement efforts, the parties have agreed to defer taking some of the depositions already noticed prior to the pending June 15, 2011 discovery cutoff. This will prevent the parties from incurring substantial fees and costs that may prove unnecessary and/or will also allow them to take more targeted depositions based on the Court's rulings on the two pending motions.

5. The parties have therefore agreed to continue the deadline to complete all depositions properly noticed before the June 15, 2011, discovery cutoff to July 15, 2011. The parties have agreed to no other modification of the pending non-expert discovery cutoff of June 15, 2011.

6. The parties have further agreed that July 15, 2011, shall be the last day to disclose experts.

7. The parties have also agreed that expert discovery shall close on July 29, 2011.

///
///
///
///
///
///
///

2

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINES TO COMPLETE DISCOVERY
*Johnson v. County of Alameda, et al., Case No.: CV-101437-RS*

8. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an order.

IT IS SO STIPULATED.

DATED: June 14, 2011                            McMANIS FAULKNER

                                                                        /s/ Ruby Kazi
JAMES McMANIS
RUBY H. KAZI

Attorneys for Plaintiffs,
CYNTHIA JOHNSON and JAMONT JOHNSON

DATED: June 14, 2011                            BERTRAND, FOX & ELLIOT

                                                                        /s/ Michael Wenzel
MICHAEL C. WENZEL

Attorneys for Defendants,
COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, and DEPUTY SHERIFF KEITH W. GILKERSON

**ORDER**

GOOD CAUSE APPEARING THEREFOR, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED.  The deadline to complete depositions noticed prior to the June 15, 2011, non-expert discovery cutoff is July 15, 2011.  The deadline to disclose experts is July 15, 2011, and expert discovery shall close on July 29, 2011.

**IT IS SO ORDERED.**

DATED: 6/14/11                                    _____
                                                                          UNITED STATES DISTRICT JUDGE