UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA JOHNSON | No. C 10-01437 RS (JCS) |
| Plaintiff(s), | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| ALAMEDA COUNTY OF | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated July 22, 2011, Deputy Sheriff Keith Gilkerson requested to be excused from personally appearing at the settlement conference scheduled for August 8, 2011. Plaintiffs do not oppose this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, IT IS HEREBY ORDERED that Deputy Gilkerson be available by telephone from 9:30 a.m., Pacific Standard Time until further notice on August 8, 2011.

If the Court concludes that the absence of Deputy Gilkerson is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Deputy Gilkerson.

IT IS SO ORDERED.

Dated: July 26, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge