*E-Filed 8/8/11*

JAMES MCMANIS (40958)
CHRISTINE PEEK (234573)
RUBY H. KAZI (243872)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: 408-279-8700
Facsimile: 408-279-3244
Email: rkazi@mcmanislaw.com

Attorneys for Plaintiffs,
CYNTHIA JOHNSON and JAMONT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA JOHNSON and JAMONT JOHNSON, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity, ALAMEDA COUNTY SHERIFF'S OFFICE, a department of the County of Alameda, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, a department of the County of Alameda, DEPUTY SHERIFF KEITH W. GILKERSON, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV-101437 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs, CYNTHIA JOHNSON and JAMONT JOHNSON ("plaintiffs") and Defendants, COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, and DEPUTY SHERIFF KEITH W. GILKERSON ("defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

1. On July 29, 2011, the Court issued a Clerk's Notice changing the date of the Case Management Conference from August 4, 2011 to September 1, 2011 at 10:00 a.m.

2. The parties stipulate the Case Management Conference be continued to September 22, 2011 at 10:00 a.m.

3. The parties enter into this stipulation because plaintiffs' counsel is unavailable for a case management conference on September 1, 2011 and the next date upon which counsel for both parties are available is September 22, 2011.

4. The parties further stipulate that they will provide a joint update to the Joint Case Management Statement they filed on July 28, 2011. This update will explain the outcome of the settlement conference scheduled for August 8, 2011 and will update the Court on any other significant developments in the case.

5. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an order.

IT IS SO STIPULATED.

DATED: August 8, 2011

McMANIS FAULKNER

/S/ Ruby Kazi
JAMES McMANIS
RUBY H. KAZI

Attorneys for Plaintiffs,
CYNTHIA JOHNSON and JAMONT JOHNSON

DATED: August 8, 2011

BERTRAND, FOX & ELLIOT

/S/ Michael Wenzel
MICHAEL C. WENZEL

Attorneys for Defendants,
COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, and DEPUTY SHERIFF KEITH W. GILKERSON

**ORDER**

GOOD CAUSE APPEARING THEREFOR, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The Case Management Conference is rescheduled from September 1, 2011 to **September 22, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall submit a joint update to their July 28, 2011, Case Management Statement no later than September 15, 2011.

**IT IS SO ORDERED.**

DATED: 8/8/11

UNITED STATES DISTRICT JUDGE