*E-Filed 8/9/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CYNTHIA JOHNSON, et al.,

        Plaintiffs,

  v.

COUNTY OF ALAMEDA, et al.,

        Defendants.
_____/

No. C 10-01437 RS

**STANDBY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **September 8, 2011**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 15, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  8/9/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE