*E-Filed 9/8/11*

JAMES MCMANIS (40958)
CHRISTINE PEEK (234573)
RUBY H. KAZI (243872)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  408-279-8700
Facsimile:  408-279-3244
Emails:  jmcmanis@mcmanislaw.com
         rkazi@mcmanislaw.com

Attorneys for Plaintiffs,
CYNTHIA JOHNSON AND JAMONT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA JOHNSON AND JAMONT JOHNSON, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity, ALAMEDA COUNTY SHERIFF'S OFFICE, a department of the County of Alameda, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, a department of the County of Alameda, DEPUTY SHERIFF KEITH W. GILKERSON, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 10-01437 RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE DEADLINE TO FILE STIPULATION OF DISMISSAL AND HEARING TO SHOW CAUSE** |

///

///

///

///

///

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE DEADLINE TO FILE STIPULATION OF DISMISSAL AND HEARING TO SHOW CAUSE;  CASE NO.: CV 10-01437 (RS)

**ORDER**

GOOD CAUSE APPEARING THEREFOR, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The deadline to file a stipulation of dismissal is continued from September 8, 2011 to **October 13, 2011**. The hearing to show cause why dismissal has not been entered is continued from September 15, 2011 to **October 20, 2011 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

DATED: 9/8/11

UNITED STATES DISTRICT JUDGE