*E-Filed 10/11/11*

1  JAMES MCMANIS (40958)
2  CHRISTINE PEEK (234573)
   RUBY H. KAZI (243872)
3  McMANIS FAULKNER
   A Professional Corporation
4  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
5  Telephone:      408-279-8700
   Facsimile:       408-279-3244
6  Emails:          jmcmanis@mcmanislaw.com
7                   rkazi@mcmanislaw.com

8  Attorneys for Plaintiffs,
9  CYNTHIA JOHNSON AND JAMONT JOHNSON

10                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION

12  CYNTHIA JOHNSON AND JAMONT              Case No. CV 10-01437 RS
    JOHNSON, as individuals,
13
                                           **[PROPOSED] ORDER GRANTING
           Plaintiffs,                     PLAINTIFFS' ADMINISTRATIVE
14                                          MOTION TO FURTHER CONTINUE
    vs.                                     DEADLINE TO FILE STIPULATION
15                                          OF DISMISSAL AND HEARING TO
    COUNTY OF ALAMEDA, a public entity,     SHOW CAUSE**
16  ALAMEDA COUNTY SHERIFF'S
    OFFICE, a department of the County of
17  Alameda, ALAMEDA COUNTY
    SHERIFF'S OFFICE DETENTION AND
18  CORRECTION DIVISION, a department of
    the County of Alameda, DEPUTY SHERIFF
19  KEITH W. GILKERSON, an individual, and
    DOES 1-50, inclusive,
20
           Defendants.
21

22

23

24  ///

25  ///

26  ///

27  ///

28  ///

                                     1

1

**ORDER**

2      GOOD CAUSE APPEARING THEREFOR, and the parties' having stipulated to same,

3  the parties' stipulation is hereby APPROVED.  The deadline to file a stipulation of dismissal is

4  continued from October 13, 2011 to **November 10, 2011**.  The hearing to show cause why

5  dismissal has not been entered is continued from October 20, 2011 to **November 17, 2011 at**

6  **1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate

7  Avenue, San Francisco.

8

9  **IT IS SO ORDERED.**

10

11  DATED:  __10/11/11_____          _____

12                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE DEADLINE
TO FILE STIPULATION OF DISMISSAL AND HEARING TO SHOW CAUSE; CASE NO.: CV 10-01437 (RS)