JAMES MCMANIS (40958)
CHRISTINE PEEK (234573)
RUBY H. KAZI (243872)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Emails:         jmcmanis@mcmanislaw.com
                     rkazi@mcmanislaw.com


Attorneys for Plaintiffs,
CYNTHIA JOHNSON AND JAMONT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA JOHNSON AND JAMONT JOHNSON, as individuals,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity, ALAMEDA COUNTY SHERIFF'S OFFICE, a department of the County of Alameda, ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTION DIVISION, a department of the County of Alameda, DEPUTY SHERIFF KEITH W. GILKERSON, an individual, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-01437 RS<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FURTHER CONTINUE DEADLINE TO FILE STIPULATION OF DISMISSAL AND HEARING TO SHOW CAUSE |

///

///

///

///

///

1
[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE DEADLINE TO FILE STIPULATION OF DISMISSAL AND HEARING TO SHOW CAUSE; CASE NO.: CV 10-01437 (RS)

# ORDER

GOOD CAUSE APPEARING THEREFOR, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The deadline to file a stipulation of dismissal is continued from November 10, 2011, to **December 1, 2011**. The hearing to show cause why dismissal has not been entered is continued from November 17, 2011, to **December 8, 2011, at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

DATED: __11/14/11_____          _____
                                                                                                  UNITED STATES DISTRICT JUDGE